IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK ALBRITTON, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 3:13-CV-3189-K |
| | ) | |
| DALLAS AREA RAPID TRANSIT POLICE, | ) | |
|  ET AL., | ) | |
|     Defendants. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

SO ORDERED

Signed October 3rd, 2013.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE